# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARISSA RAMIREZ, | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:24-cv-01115-SEP |
| CANAM STEEL CORP., et al., | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff Marissa Ramirez's Motion to Remand. Doc. [16]. After careful review of the petition, Doc. [1-1], the notice of removal, Doc. [1], and the parties' briefing, Docs. [16], [17], [22], [23], the Court concludes that 28 U.S.C. § 1447(c) requires remand of this action for the reasons set forth in several other cases asserting the same legal claims against the same Defendants based on similar factual allegations. *See Medders-Carpenter v. Canam Steel Corp.*, 4:24-cv-00928-SRC, 2024 WL 4973400 (E.D. Mo. Dec. 4, 2024); *Kline v. Canam Steel Corp.*, 4:24-cv-01420-SRC, 2024 WL 4973399 (E.D. Mo. Dec. 4, 2024); *Borgmann v. Canam Steel Corp.*, 4:24-cv-01423-CDP, Doc. [29] (E.D. Mo. Dec. 17, 2024).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand, Doc. [16], is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court of Franklin County, Missouri. The Clerk of Court shall mail a certified copy of this Memorandum and Order to the clerk of the state court.

**IT IS FINALLY ORDERED** that Defendants' Joint Motion to Dismiss, Doc. [10], Plaintiff's Motion to Stay, Doc. [18], and Plaintiff's Motion for Leave to Submit Notice of Supplemental Authority, Doc. [27], are **DENIED as moot**.

A separate Order of Remand will accompany this Memorandum and Order.

Dated this 27th day of January, 2025.

                                                       _____
                                                     SARAH E. PITLYK
                                                     UNITED STATES DISTRICT JUDGE